Marcella Weil, Respondent, v. Peoples Surety Company of New York, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce recovery to $410.50 and interest from commencement of action; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice.

James Young, Respondent, v. Paul Armstrong, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice.

Michael J. Craven, Respondent, v. The Eccentric Association of Engineers No. 1, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

The People of the State of New York, Respondent, v. Carmine Luongo, Appellant.— Judgment affirmed. No opinion.

Mary A. Pearson by George H. Pearson, Her Guardian ad Litem, Respondent, v. Jules S. Ehrich, Appellant.— Judgment and order affirmed, with costs. No opinion.